SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE MUNOZ, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br><br>　　　　　Defendants. | Case No.: 5:15-CV-04588-RMW <br><br> STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Beatrice Munoz and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

DATED: May 31, 2016        Sagaria Law, P.C.

                           By: _____*/s/ Elliot W. Gale*_____
                                    Elliot W. Gale
                           Attorneys for Plaintiff
                           Beatrice Munoz

DATED: May 31, 2016        Jones Day

                           By: _____*/s/ Katherine A. Neben*_____
                                    Katherine A. Neben
                           Attorneys for Defendant
                           Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 6/1/2016            *Ronald M. Whyte* (signature)

                           Ronald M. Whyte

                           UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 2